AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF    NEVADA

RUSSELL COHEN,

    Plaintiff,

V.

MARTHA SIMS, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-cv-00193-BES-RAM**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED for Plaintiff's failure to submit an amended complaint and for failure to state a claim upon which relief can be granted.


  January 8, 2008                                             **LANCE S. WILSON**
                                                                             Clerk

                                                                      /s/ Kalani Lizares
                                                                         Deputy Clerk